| | | |
|---|---|---|
| People v Barnes | 4th Dept: 140 AD3d 1714 (Niagara) | denied 12/19/16 (Rivera, J.) |
| People v Beckham | 2d Dept: 142 AD3d 556 (Queens) | denied 12/2/16 (Garcia, J.) |
| People v Bermejo | 1st Dept: 143 AD3d 612 (Bronx) | denied 12/30/16 (Fahey, J.) |
| People v Bess | 2d Dept: 142 AD3d 1098 (Kings) | denied 12/12/16 (Pigott, J.) |
| People v Bonilla | App Div, 2d Dept: 2016 NY Slip Op 86570(U) (Suffolk) | dismissed 12/13/16 (DiFiore, Ch. J.) |
| People v Bouknight | App Div, 2d Dept: 2016 NY Slip Op 88037(U) (Kings) | dismissed 12/19/16 (Rivera, J.) |
| People v Boyer | App Div, 3d Dept: 2016 NY Slip Op 87083(U) (Rensselaer) | dismissed 12/20/16 (Garcia, J.) |
| People v Brock | App Div, 1st Dept: 2016 NY Slip Op 74536(U) (NY) | dismissed 12/28/16 (Stein, J.) |
| People v Brown (Jeffrey) | 1st Dept: 142 AD3d 769 (NY) | denied 12/19/16 (Rivera, J.) |
| People v Brown (Krystian) | 4th Dept: 142 AD3d 1373 (Erie) | denied 12/27/16 (Rivera, J.) |
| People v Butler | App Div, 2d Dept: 2016 NY Slip Op 84683(U) (Westchester) | dismissed 12/10/16 (Garcia, J.) |
| People v Bynum | 2d Dept: 142 AD3d 1183 (Kings) | denied 12/7/16 (Abdus-Salaam, J.) |
| People v Cahill | 4th Dept: 142 AD3d 1400 (Onondaga) | denied 12/21/16 (DiFiore, Ch. J.) |
| People v Capellan | 1st Dept: 142 AD3d 923 (NY) | denied 12/5/16 (Fahey, J.) |
| People v Christy | 1st Dept: 143 AD3d 409 (NY) | denied 12/5/16 (Fahey, J.) |
| People v Cintron | 1st Dept: 143 AD3d 623 (NY) | denied 12/19/16 (Rivera, J.) |
| People v Clark | App Term, 1st Dept: 53 Misc 3d 143(A) (NY) | denied 12/21/16 (DiFiore, Ch. J.) |
| People v Cruz | App Div, 3d Dept, 9/26/16 (Albany) | dismissed 12/7/16 (Stein, J.) |
| People v Diaz | 4th Dept: 142 AD3d 1332 (Monroe) | denied 12/19/16 (Rivera, J.) |
| People v Dickson-Eason | 3d Dept: 143 AD3d 1013 (Albany) | denied 12/20/16 (DiFiore, Ch. J.) |
| People v Drummond | 2d Dept: 143 AD3d 836 (Kings) | denied 12/19/16 (Rivera, J.) |
| People v Faeth | App Div, 4th Dept: 2016 NY Slip Op 68866(U) (Wayne) | dismissed 12/7/16 (Garcia, J.) |
| People v Fernandez | 1st Dept: 143 AD3d 505 (NY) | denied 12/7/16 (Stein, J.) |